```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                          Apr 19, 2016

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:      PMC        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR VELASCO and JOAQUIN VELASCO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>US BANCORP, a Delaware corporation and DOES 1-50,<br><br>　　　　Defendants. | CASE NO.: 2:15-cv-08345-SVW-JEM<br><br>**JUDGMENT**<br><br>**JS-6**<br><br>Complaint Filed: September 22, 2015 |

On March 14, 2016, this Court entered an order granting the motion to dismiss Plaintiffs' complaint for failure to state a claim filed by defendant U.S. BANK NATIONAL ASSOCIATION (erroneously sued as US BANCORP) ("Defendant"). Dkt. 21. The Court's order stated that if Plaintiffs OSCAR VELASCO and JOAQUIN VELASCO ("Plaintiffs") could cure the deficiencies in their complaint, they may file an amended complaint within twenty-one (21) days of the order. *Id.* Plaintiffs did not file an amended complaint.

///

///

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice.  It is further ordered that judgment be entered in favor of Defendant and against Plaintiffs as to each and every cause of action in this action, and that Plaintiffs take nothing by way of their claims.

IT IS SO ORDERED.

Dated: April 19, 2016

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE